JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

KEVIN TAYLOR,
GARY ROBLES, and
MICHAEL MAZUR,

                     Defendants.

**SEALED INDICTMENT**

20 Cr.

20 CRIM 227

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1. On or about October 31, 2011, in the Southern District of New York and elsewhere, KEVIN TAYLOR, GARY ROBLES, and MICHAEL MAZUR, the defendants, willfully and knowingly, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, a conspiracy to distribute and possess with intent to distribute marijuana for remuneration, did use and carry a firearm, and in furtherance of such crime, did possess a firearm, and in the course thereof did, through the use of a firearm, cause the death of a person, which killing is murder as defined in Title 18, United States Code, Section 1111(a), and did aid and abet the same, to wit, the defendants robbed Joshua Rubin of marijuana in the vicinity of

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 4 2020

1021 McDonald Avenue, Brooklyn, New York, and in the course of the robbery Rubin was shot and killed.

(Title 18, United States Code, Sections 924(j)(1) and 2.)

_____
Foreperson

_____
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KEVIN TAYLOR,
GARY ROBLES, and
MICHAEL MAZUR

Defendants.

**SEALED INDICTMENT**

20 Cr.

(Title 18, United States Code,
Sections 924(j) and 2.)

GEOFFREY S. BERMAN
United States Attorney

/s/ Foreperson

NE
3/24/2020

Sealed Indictment Filed

Sarah L Cave
USMJ